UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

REISAN VALLE-REYES,

     Petitioner,

    v.                           Case No.:  2:26-cv-00518-SPC-DNF

FIELD OFFICE DIRECTOR *et al.*,

     Respondents,

                              /

## OPINION AND ORDER

Before the Court is the Respondents' Status Update (Doc. 7).  Given Reisan Valle-Reyes's agreement to self-depart and the steps the government has recently taken to facilitate that agreement, the Court finds Valle-Reyes's habeas claims moot and the relief granted in the Court's prior Opinion and Order (Doc. 5) no longer appropriate.  Accordingly, the Court sets aside its March 17, 2026 Opinion and Order (Doc. 5) and dismisses this action as moot.  The Clerk is directed to vacate the prior judgment (Doc. 6) and enter new judgment recognizing dismissal of the petition.

**DONE AND ORDERED** in Fort Myers, Florida on March 19, 2026.

SHERI POLSTER CHAPPELL
UNITED STATES DISTRICT JUDGE

SA: FTMP-1
Copies:  All Parties or Record